# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129775(46)

RYAN CHAMBERS,
       Plaintiff-Appellant,

v

WERNER W. LEHMANN and ANDREWS
UNIVERSITY,
       Defendants-Appellees.

SC: 129775
COA: 262502
Berrien CC: 03-003378-NI

_____/

On order of the Court, the motion for reconsideration of this Court's May 17, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and KELLY, JJ., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

Clerk

d0920